# United States District Court
# Eastern District of California

Jose Guadalupe Hernandez Flores,

Plaintiff(s)

V.

Equifax Information Services, LLC,

Defendant(s)

Case Number: 1:26-cv-05958-KES-EGC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jonathan Krikheli hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Jose Guadalupe Hernandez Flores

On 04/25/2025 (date), I was admitted to practice and presently in good standing in the Eastern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/02/2026 Signature of Applicant: /s/ Jonathan Krikheli

**Pro Hac Vice Attorney**

Applicant's Name: Jonathan Krikheli

Law Firm Name: Consumer Attorneys PLLC

Address: 68-29 Main Street

City: Flushing State: NY Zip: 11367

Phone Number w/Area Code: (718) 701-4649

City and State of Residence: Forest Hill, New York

Primary E-mail Address: ykrikheli@consumerattorneys.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrew J. Gramajo

Law Firm Name: AJG LAW GROUP, PC.

Address: 25A Crescent Dr. #402

City: Pleasant Hill State: CA Zip: 94523

Phone Number w/Area Code: (415) 638-9140 Bar # 338144

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 3, 2026

Erin Sug Castillo

JUDGE, U.S. DISTRICT COURT